**Order entered February 20, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-00033-CV

**CITY OF DALLAS, VINCENT GOLBECK, STEPHEN WORDEN, RAQUEL HERNANDEZ AND CARLA D. NEWSON, Appellants**

**V.**

**ROBERT GRODEN, Appellee**

**On Appeal from the 95th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-14-01521**

## ORDER

Before the Court is appellants' February 19, 2015, unopposed motion for extension of time to file brief. We **GRANT** the motion and **ORDER** appellants' brief be filed no later than March 25, 2015.

/s/    CRAIG STODDART
        JUSTICE